ELIAS APPLEBAUM, *Appellant, v. .* MOSES SHAUMBURGH, *Respondent.* — Order reversed, and order for perpetual stay granted. No costs of motion or of appeal to either party. Opinion by LEARNED, P. J.; LANDON, J., not acting.

WILLIAM R. BREED and another, *Executors, etc., Appellants, v.* JOHN PADGETT and others, *Respondents.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.; BOARDMAN, J., dissenting.

ALONZO HARRINGTON, *Administrator, etc., Respondent, v.* JOHN E. MILLER and others, *Appellants.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK, LACKAWANNA AND WESTERN RAILWAY COMPANY TO ACQUIRE REAL ESTATE OF ROBERT T. TURNER and others. — Award set aside; new appraisal directed by other commissioners. Opinion by LEARNED, P. J.; LANDON, J., dissenting.

ORANGE KATHAN and MONROE KATHAN, *as Executors, etc., Respondents, v.* WILLIAM VAN VRANKEN and BENJAMIN VAN VRANKEN, *Appellants.* — Judgment reversed, new trial granted and referee discharged, costs to abide event. Opinions by LEARNED, P. J., and LANDON, J.; BOARDMAN, J., dissenting.

EARL A. PEASE and ELIZABETH WOODWORTH, *Respondents, v.* JOHN CREQUE and others, *Appellants.* — Judgment reversed, referee discharged and new trial granted, costs to abide event. Opinion by LANDON, J.; BOARDMAN, J., not acting.

BRIDGET McGRATH, *Administratrix, etc., Appellant. v.* THE PRESIDENT, ETC., OF THE DELAWARE AND HUDSON CANAL COMPANY, *Respondents.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.; LEARNED, P. J., not acting.

ROBERT T. WENDELL and others, *Respondents, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellants.* — Judgment and order affirmed, with costs. Opinion by LEARNED, P. J.

BURR B. ANDREWS, *Appellant, v.* THE ÆTNA LIFE INSURANCE COMPANY OF HARTFORD, *Respondent.* — Judgment affirmed, with costs. Opinion by LANDON, J.

RUFUS BURNHAM, *Appellant, v.* SAMUEL W. PHELPS and others, *Respondents.* — Judgment reversed, new trial granted and costs to abide event. Opinion by LEARNED, P. J.

EDWIN SIMPSON, *Respondent, v.* NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Appellant.* — Judgment reversed, with costs. Opinion by LEARNED, P. J.; LANDON, J., not acting.

NICHOLAS SHUFELT, *Respondent, v.* SAMUEL SWEET and SAMUEL V. SWEET, *Appellants.* — Judgment reversed, referee discharged and new trial granted, costs to abide event. Opinion by LANDON, J.